# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSEPHINA HELENA M. LAMMERS,

    Plaintiff,

v.                                                    Case No. 6:22-cv-902-WWB-LHP

ACTING CHIEF, IMMIGRANT
INVESTOR PROGRAM, U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES, DIVISION CHIEF,
IMMIGRANT INVESTOR PROGRAM,
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, DIRECTOR, U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES, SECRETARY, U.S.
DEPARTMENT OF HOMELAND
SECURITY and UNITED STATES
ATTORNEY GENERAL,

    Defendants.

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal (Doc. 18), filed November 21, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on November 22, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record